**J. B. CRAWFORD, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

**No. 30686**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.
Jan. 13, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F.2d 409.

---

J. B. Crawford, pro se.

Morton J. Hanlon, P. A. Pacyna, Asst. Attys. Gen., Lakeland, Fla., Earl Faircloth, Atty. Gen. of Florida, Tallahassee, Fla., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:
Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.